[Nos. 47229-1-I; 45585-1-I.  Division One.  December 31, 2001.]

HAK WOO KIM, *Petitioner*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

SERGEY CHIZH, *Petitioner*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeals from judgments of the Superior Court for King County, Nos. 00-2-06479-9 and 99-2-10070-1, Julia Garratt, J. Pro Tem., entered August 25, 2000 and October 28, 1999. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Agid, C.J., and Ellington, J.

[No. 49687-5-I.  Division One.  January 27, 2003.]

BLANCA GARCIA, *Appellant*, v. GEORGE P. SHARP, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 00-2-01094-2, Susan K. Cook, J., entered October 26, 2001. *Reversed* by unpublished per curiam opinion.

[No. 49811-8-I.  Division One.  January 27, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. COUNT MARK ANTHONY CORHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05297-3, Douglas D. McBroom, J., entered January 4, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 49950-5-I.  Division One.  January 27, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JERVON REDDICK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07249-4, Carol A. Schapira, J., entered January 30, 2002. *Affirmed* by unpublished per curiam opinion.